IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS C. SOSA, JR., <br> TDCJ No. 2374326, <br><br> Petitioner, <br><br> V. <br><br> DIRECTOR, TDCJ-CID, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:22-cv-2078-K-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (the FCR). An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the FCR to which objection was made and reviewed the remaining portions for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES WITHOUT PREJUDICE Petitioner Thomas C. Sosa, Jr.'s motion for summary judgment [Dkt. No. 31]. And the Court need not rule on a certificate of appealability as to this denial as it is not a final order in this proceeding. *See* 28 U.S.C. § 2253(c)(1)(A).

SO ORDERED,

Signed April 18th, 2023.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE