# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Thomas C. Sosa Jr.
  Petitioner

vs

No. 3:22-CV-2078-K-BN

State Of Texas ET AL
  Respondent



## MOTION LEAVE TO AMEND OR SUPPLEMENT FOR EVIDENTIARY HEARING

Comes Now Petitioner Sosa's sole purpose for this proceeding. Seeks an evidentiary hearing to develop a factual record towards the district court in support of <u>6th Amendment</u> violation. That if the facts are fully developed, be able to demonstrate court-appointed counsel's Refusal/failure to insure that Petitioner is not imprisoned in violation of the <u>Sixth Amendment</u>. <u>See</u> United States v Gemar, 65 F.4th 777 (April 19, 2023). Where as true, evidentiary hearing

-1-

would prove that his counsel performed deficiently for the denial to have adjudicated potentially exonerated evidence: 7-Eleven surveillance video tapes maintained within the Dallas District Attorney's office. That Petitioner was prejudiced by counsel's deficient performance which clearly proves making it impossible for Petitioner to have committed aggravated robbery. Petitioner is confined illegally and is therefore entitled to relief. See <u>Hernandez v United States</u>, 778 F.3d 1230 (March 2, 2015); <u>Amaury Villa v United States</u>, 56 F.4th 417 (Jan. 3, 2023).

## CONCLUSION

Wherefore, Premises Considered, Petitioner prays that Court VACATE and REMAND with instruction to conduct an evidentiary hearing to determine whether Petitioner is entitled to relief. Executed came the <u>27th</u> day of January, 2025.

Respectfully Submitted,
Mr. Thomas Sosa
Mr. Thomas C. Sosa Jr.
#2374326
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

-2-

January 27, 2025

Clerk
U.S. District Court
1100 Commerce · Rm.# 1452
Dallas, Texas 75242-1495

Re: (1). No. 3:22-CV-2078-K-BN
(2). Motion Leave To Amend Or Supplement For Evidentiary Hearing

Enclosed, find the following above and please file, such within this Honorable Court as soon as possible!

Respectfully Submitted,
Mr. Thomas Sosa
Mr. Thomas C. Sosa Jr.
# 2374326
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Mr. Thomas C. Sosa Jr.
# 2314326
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

RECEIVED - 4
FEB - 3 2025
MAILROOM

HOUSTON TX RPDC 773
26 JAN 2025 PM 4 L

X-RAY

Clerk
U.S. District Court
1100 Commerce, Rm. # 1452
Dallas, Texas 75242-1495

75242-1311052